## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DEDRICK LOGAN**                                                                 **PLAINTIFF**

v.                                                 **No. 4:12-cv-794-DPM**

**PRIME INDUSTRIAL RECRUITERS, INC.;**
**WELSPUN TUBULAR, LLC;**
**WELSPUN PIPES, INC.**                                                   **DEFENDANT**

### ORDER

Joint motion to dismiss, № 22, granted.  Logan's complaint is dismissed

with prejudice.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_19 December 2013_