IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEDRICK LOGAN**                                                               **PLAINTIFF**

v.                              No. 4:12-cv-794-DPM

**PRIME INDUSTRIAL RECRUITERS, INC.;**
**WELSPUN TUBULAR, LLC;**
**WELSPUN PIPES, INC.**                                                        **DEFENDANT**

## JUDGMENT

Logan's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 December 2013